

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

### NO. 02-14-00356-CV

EMILY A. RUDICEL
APPELLANT

V.

EMANUEL S. MUSIC
APPELLEE

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 352-262344-12

----------

## MEMORANDUM OPINION[1]

----------

The trial court signed a final judgment on April 28, 2014. No postjudgment motion was filed. The notice of appeal was therefore due May 28, 2014.[2] It was

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. R. App. P. 26.1(a).

not filed, however, until November 3, 2014. The notice of appeal was therefore untimely.[3]

On November 5, 2014, we notified Appellant Emily A. Rudicel by letter of our concern that we lack jurisdiction over this appeal because the notice of appeal was not timely filed. We stated that unless Appellant or any party filed with this court, on or before November 17, 2014, a response showing grounds for continuing the appeal, the appeal was subject to dismissal for want of jurisdiction. We have received no response.

Accordingly, we dismiss this appeal for want of jurisdiction.[4]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: January 22, 2015

---

[3] *See id.*

[4] *See* Tex. R. App. P. 42.3(a), 43.2(f).